McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY E. CRUZ, | Case No. 2:05-CV-01241-DAD |
| Plaintiff, | **STIPULATION AND ORDER OF REMAND PURSUANT TO 42 U.S.C. § 405(g) (SENTENCE SIX)** |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that this case will be remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).  The Appeals Council is unable to locate medical records covering the period from June 1, 2001, to March 15, 2002, from Del Norte Clinic.

Upon receipt of the Court's order of remand, the Appeals Council will remand the case to an Administrative Law Judge for reconstruction of the administrative record.  The Administrative Law Judge will then hold a *de novo* hearing and issue a new decision.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes

/////

1

counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing

password, pursuant to Local Rule 7-131

DATED: November 14, 2005          _/s/ David M. Shore_____
                                  David M. Shore

                                  Attorney for Plaintiff

DATED: November 15, 2005          McGREGOR W. SCOTT
                                  United States Attorney

                                  By: _/s/ Bobbie J. Montoya_____
                                  BOBBIE J. MONTOYA
                                  Assistant U. S. Attorney

                                  Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

MICHAEL A. CABOTAJE
Assistant Regional Counsel

Office of the General Counsel
United States Social Security Administration

_____oOo_____

**<u>ORDER</u>**

     **For good cause shown, <u>CRUZ v. BARNHART</u> (Case No. 2:05-CV-01241-DAD) is hereby REMANDED under sentence six of 42 U.S.C. § 405(g), pursuant to the stipulation of the parties.**

     **SO ORDERED.**

**DATED: November 17, 2005.**

_____

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/cruz1241.stipord

3