IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY E. CRUZ,

        Plaintiff,                      No. CIV S-05-1241 DAD

    v.

MICHAEL J. ASTRUE,                <u>ORDER</u>
Commissioner of Social Security,[1]

        Defendant.
                               /

        Pursuant to a stipulation and order filed on November 18, 2005, this matter was remanded under sentence six of 42 U.S.C. § 405(g), and the case was closed.  On November 28, 2007, defendant filed an answer to plaintiff's complaint.  The Social Security administrative record was lodged and served on November 29, 2007.

        Plaintiff is directed to file a status report indicating whether plaintiff intends to proceed with this action.  If no timely status report is filed, the undersigned will reopen the case and reinstate the scheduling order filed June 22, 2005.  Pursuant to that scheduling order, any motion for summary judgment and/or remand must be filed and served by plaintiff on or before January 17, 2008, i.e., 45 days from being served with a copy of the administrative record.

---

    [1] Michael J. Astrue is substituted for Jo Anne B. Barnhart as defendant in this suit pursuant to 42 U.S.C. § 405(g) and Fed. R. Civ. P. 25(d)(1).

1

IT IS ORDERED that:

1. Plaintiff shall file and serve, within 15 days after this order is served, a status report indicating whether plaintiff intends to proceed with this action and, if so, whether plaintiff proposes a briefing schedule different from the previously established schedule.

2. The Clerk of the Court is directed to amend the docket to reflect that Michael J. Astrue has been substituted for Jo Anne B. Barnhart as defendant in this suit.

DATED: December 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/cruz1241.ord.statusreport