IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY E. CRUZ,

       Plaintiff,                         No. CIV S-05-1241 DAD

     v.

MICHAEL J. ASTRUE,               <u>ORDER</u>
Commissioner of Social Security,

       Defendant.
_____/

        On June 22, 2005, the court issued a scheduling order which required plaintiff to file a motion for summary judgment and/or remand within a required time. The case was subsequently remanded for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). Defendant's answer after remand was filed on November 28, 2007, and the administrative record was lodged the following day. On November 30, 2007, a member of the court's staff placed a courtesy call to plaintiff's counsel concerning the status of the case. Counsel indicated that he had not represented plaintiff in the administrative proceedings on remand but would investigate.

        By order filed December 13, 2007, the court directed plaintiff to file a status report within fifteen days. Plaintiff did not file a status report or respond in any way either to the December 13, 2007 order or to defendant's answer after remand. Pursuant to the court's further

1

1  order filed January 7, 2008, plaintiff was required to file and serve any motion for summary
2  judgment and/or remand on or before January 17, 2008, in accordance with the June 22, 2005
3  scheduling order.  Plaintiff was advised that failure to timely file the required motion will result
4  in dismissal of the action.  The deadline has now passed, and plaintiff has not filed the required
5  motion or responded in any way to the court's orders.
6         Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
7  prejudice for failure to prosecute.

DATED: January 22, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/cruz1241.dismiss.lop

2